United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DARREN CRAWFORD,

    Plaintiff,

 v.

JEFFREY BEARD, et al.,

    Defendants.
                         /

No. C 14-5578 MEJ (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

(Docket No. 6)

    Good cause appearing, Plaintiff's request for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file his amended complaint no later than **September 28, 2015.**

    This order terminates Docket No. 6.

    IT IS SO ORDERED.

DATED: July 17, 2015

Maria-Elena James

United States Magistrate Judge