UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. C 14-5578 MEJ (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docket No. 19) |

Good cause appearing, plaintiff's request for an extension of time to file a second amended complaint ("SAC") is GRANTED. Plaintiff shall file his SAC no later than **February 15, 2016.**

The briefing schedule set forth in the Court's December 14, 2015 order is VACATED. The Court will issue a new briefing schedule for dispositive motions after reviewing plaintiff's SAC.

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: January 15, 2016

　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge