UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES DARREN CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. C 14-5578 MEJ (PR)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docket No. 24) |

Good cause appearing, plaintiff's second request for an extension of time to file a second amended complaint ("SAC") is GRANTED. Plaintiff shall file his SAC no later than **March 17, 2016.**

This order terminates Docket No. 24.

IT IS SO ORDERED.

DATED: FEBRUARY 18, 2016

Maria-Elena James

United States Magistrate Judge