UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD,<br><br>   Plaintiff,<br><br> v.<br><br>JEFFREY BEARD, et al.,<br><br>   Defendants. | Case No. 14-cv-05578-MEJ (PR)<br><br>**ORDER ADDRESSING PLAINTIFF'S REQUEST FOR SUBPOENAS**<br><br>Re: Dkt. No. 40 |

  Pursuant to Plaintiff's request, the Clerk shall send four blank subpoenas to Plaintiff for him to complete and return to the Court for issuance by the Clerk and thereafter to be returned to Plaintiff for service.

  This Order terminates Docket No. 40.

  **IT IS SO ORDERED.**

Dated: July 19, 2016

                MARIA-ELENA JAMES
                United States Magistrate Judge