UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD, | Case No. 14-cv-05578-MEJ |
| Plaintiff, | |
| | **ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| JEFFREY BEARD, et al., | Re: Dkt. No. 49 |
| Defendants. | |

Good cause being shown, Defendants' request for a second extension of time to file a dispositive motion is GRANTED.  Docket No. 49.  Defendants must file and serve a motion for summary judgment or other dispositive motion by **December 31, 2016**.  Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

This order terminates Docket No. 49.

**IT IS SO ORDERED.**

Dated:  October 31, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge