UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05578-MEJ<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 58 |

　　　Plaintiff's request for an extension of time to file his opposition (Docket No. 58) is DENIED as MOOT. Plaintiff has already filed an opposition to the defendants' motion to dismiss and for summary judgment. Docket No. 56.

**IT IS SO ORDERED.**

Dated: February 1, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MARIA-ELENA JAMES
United States Magistrate Judge