UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD, <br> Plaintiff, <br> v. <br> JEFFREY BEARD, et al., <br> Defendants. | Case No. 14-cv-05578-MEJ <br><br> **JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss and Motion for Summary Judgment, judgment is entered in favor of Defendants. The Clerk of the Court shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 29, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge