UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARREN CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BEARD, et al.,<br><br>  Defendants. | Case No. 14-cv-05578-JD<br><br>**ORDER**<br><br>Re: Dkt. Nos. 99, 100 |

Plaintiff's request for an extension of time (Docket No. 99) is granted. Plaintiff may file objections to the magistrate judge's May 17, 2016, order of service by November 23, 2020. Plaintiff's request to file a third amended complaint is denied without prejudice. Plaintiff should file objections to the magistrate judge's order of service and present his arguments as described in the Court's prior order.

Plaintiff has also requested the appointment of counsel. The Ninth Circuit has held that a district court may ask counsel to represent an indigent litigant only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). Plaintiff appears able to present his claims adequately, and the issues are not complex, and so the request (Docket No. 100) is denied.

**IT IS SO ORDERED.**

Dated: November 4, 2020

JAMES DONATO
United States District Judge